UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BASCIANI FOODS, INC and                           :
ANDREW & WILLIAMSON SALES CO., INC.               :
                                                  :     Civil No. 2:09-cv-4585-JS-WDW
            Plaintiffs,                            :
                                                  :
                                                  :
GLOBAL TROPICAL FRESH FRUIT CORP.,                :
TAYLOR FARMS CALIFORNIA, INC.,                    :
POTANDON PRODUCE, LLC, STEINBECK                  :
COUNTRY PRODUCE, INC., and                        :
TAYLOR FARMS MARYLAND, INC.,                      :
                                                  :
            Intervening Plaintiffs,               :
                                                  :
       v.                                         :
                                                  :     **JOINT MOTION FOR ENTRY**
MID ISLAND WHOLESALE FRUIT AND                    :     **OF STIPULATION AND ORDER**
PRODUCE, INC., HOWARD GREISSMAN,                  :     **OF PARTIAL SETTLEMENT**
DAVID M. FLESCHNER, and                           :
MANUFACTURERS AND TRADERS TRUST                   :
COMPANY d/b/a/ M&T BANK                           :
CORPORATION,                                      :
                                                  :
                                                  :
            Defendants.                           :

**PLEASE TAKE NOTICE**, that Plaintiffs, Basciani Foods, Inc. and Andrew &

Williamson Sales Co., Inc., and Intervening Plaintiffs Global Tropical Fresh Fruit Corp., Taylor

Farms California, Inc., Potandon Produce, LLC, Steinbeck Country Produce, Inc., and Taylor

Farms Maryland, Inc. and Defendant Manufacturers and Traders Trust Company d/b/a M&T

Bank Corporation will jointly move this Court, before the Honorable Joanna Seybert at the

Courthouse located at 100 Federal Plaza, Central Islip, New York, on the 26ᵗʰ day of March,

2012, or as soon thereafter as counsel can be heard, for the entry of this Stipulation and order of

partial settlement.

**PLEASE TAKE FUTHER NOTICE**, that pursuant to Local Civil Rule 6.1, opposition

papers, if any, must be served within fourteen days of the service of these papers.

Dated this **4th** day of March, 2012

MELVIN & MELVIN, PLLC

By: _Michael R. Vaccaro_

Michael R. Vaccaro, Esq.
217 South Salina Street, Suite 700
Syracuse, NY 13202
(315) 422-1311

*Attorneys for Defendant*
*Manufacturers and Traders Trust Company*
*d/b/a M&T Bank Corporation*

CERTILMAN, BALIN ADLER & HYMAN, LLP

By: _____
Stacey Ramis Nigro, Esq.
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
(516) 296-7000

*Co-Counsel for Defendant Manufacturers and*
*Traders Trust Company*

LAW OFFICES OF BRUCE LEVINSON

By: _____
Bruce Levinson
Gregory Brown
747 Third Avenue, 4th Floor
New York, New York 10017-2803
(212) 750-9898

and

Louis W. Diess, Esq.
McCarron & Diess
4900 Massachusetts Ave, NW
Suite 310
Washington, DC 20016

*Attorneys for Plaintiffs*

PAUL T. GENTILE, P.C.

By: _____
Paul T. Gentile
261 Madison Avenue
25th Floor
New York, NY 10016
(212) 619-3626

*Attorney for Intervening Plaintiff*
*Global Tropical Fresh Fruit*

ROSNER, NOCERA & RAGONE LLP

By: _____
Anthony Louis Cotroneo
110 Wall Street
23rd Floor
New York, NY 10005
(212) 635-2244

*Attorneys for Intervening Plaintiffs Taylor Farms California, Inc., Steinbeck Country Produce Sales, Inc., and Potandon Produce, L.L.C.*

MEUERS LAW FIRM, P.L.

By: _____

Steven Elwyn Nurenberg
5395 Park Central Court
Naples, FL 34109
(239) 513-9191

*Attorney for Intervening Plaintiff Taylor Farms Maryland, Inc.*

**PLEASE TAKE FUTHER NOTICE,** that pursuant to Local Civil Rule 6.1, opposition

papers, if any, must be served within fourteen days of the service of these papers.

Dated this _____ day of March, 2012

MELVIN & MELVIN, PLLC                                LAW OFFICES OF BRUCE LEVINSON

By:_____        By:_____
    Michael R. Vaccaro, Esq.                                    Bruce Levinson
    217 South Salina Street, Suite 700                          Gregory Brown
    Syracuse, NY 13202                                          747 Third Avenue, 4th Floor
    (315) 422-1311                                              New York, New York 10017-2803
                                                                (212) 750-9898

    *Attorneys for Defendant*                                                  and
    *Manufacturers and Traders Trust Company*
    *d/b/a M&T Bank Corporation*                                Louis W. Diess, Esq.
                                                                McCarron & Diess
                                                                4900 Massachusetts Ave, NW
CERTIMAN, BALIN ADLER & HYMAN, LLP              Suite 310
                                                                Washington, DC 20016

By: _____              *Attorneys for Plaintiffs*
    Stacey Ramis Nigro, Esq.
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554                             PAUL T. GENTILE, P.C.
(516) 296-7000

*Co-Counsel for Defendant Manufacturers and*        By:_____
*Traders Trust Company*                                      Paul T. Gentile
                                                                261 Madison Avenue
                                                                25th Floor
                                                                New York, NY 10016
                                                                (212) 619-3626

                                                                *Attorney for Intervening Plaintiff*
                                                                *Global Tropical Fresh Fruit*

                                                            ROSNER, NOCERA & RAGONE LLP

                                                            By:_____
                                                                Anthony Louis Cotroneo
                                                                110 Wall Street